UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK DANIEL GROSS,

    Plaintiff,

v.                                                  Case No. 8:05-CV-1767-27TBM

BOB WHITE, SHERIFF, PASCO COUNTY,
DR. T. McKAY, STATE OF FLORIDA, and
TWENTY-FIVE UNIDENTIFIED DEPUTY
SHERIFFS,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's letter dated July 22, 2007 (Dkt. 27) which the Court construes as a motion for an enlargement of time to complete the service forms,[1] a motion for the Court to provide him with four more copies of the service forms, and a motion to compel the named Defendants to produce the names and ranks of the twenty-five (25) unidentified deputy sheriffs included as defendants in this action. In his letter Plaintiff also asks whether he needs to provide the Court with self-addressed, stamped envelopes to use with the Waiver of Service of Summons forms.

As to his request for an order to compel Defendants to release the names and ranks of the twenty-five (25) unidentified deputy sheriffs, service of process has not been completed on any defendant in this proceeding; therefore, Plaintiff's motion to compel is premature. Rule 33, Fed. R. Civ. P., provides, in pertinent part, that "[a] party may serve upon any other party written

---

[1] Plaintiff has completed and returned to the Court twenty-four (24) sets of the service forms for mailing to Defendant White, Defendant Mckay, the State of Florida, and twenty-one (21) "John Doe" defendants.

interrogatories . . . to be answered by the party served." Plaintiff may attempt to obtain the names and ranks of the "John Doe" defendants from the named defendants upon interrogatory pursuant to Fed. R. Civ. P. 33 once service of process has been effected on them.

ACCORDINGLY, the Court **ORDERS** that:

1. Plaintiff's motion to compel the names and ranks of the "John Doe" defendants is **DENIED** without prejudice to renewal of the request through discovery pursuant to the Federal Rules of Civil Procedure after service of process has been effected (Dkt. 27).

2. Plaintiff's motion for an enlargement of time to complete the service forms, and request for additional service forms are **DENIED** (Dkt. 27). It appears Plaintiff wants four additional sets of the service forms for service on four "John Doe" defendants. Service of process can not be effected on "John Doe" defendants. The Court will provide Plaintiff with service forms if and when he has identified the "John Doe" defendants and can insert their real names in the service forms.

3. Plaintiff is not required to provide the Court with envelopes for use with the Waiver of Service of Summons forms.

**DONE AND ORDERED** in Tampa, Florida, on _August 7_, 2007.

THOMAS B. McCOUN, III
UNITED STATES MAGISTRATE JUDGE

Copy to: All Parties of Record

SA:sfc

2